# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIE EDWARD SNEED,** <br> Petitioner, <br><br> v. <br><br> **DEPUTY SECRETARY JEFFREY BEARD,** *et al.*, <br> Respondents. | : <br> : <br> : <br> :    **CIVIL ACTION NO. 06-5328** <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW,** this 6th day of September 2018, upon careful and independent consideration of the Amended Petition for Writ of Habeas Corpus [Doc. No. 31], and all related filings, it is hereby **ORDERED** as follows:

1. The Amended Petition for Writ of Habeas Corpus [Doc. No. 31] is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

2. There is no probable cause to issue a certificate of appealability[1]; and

3. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**

                                        **_____**
                                        **CYNTHIA M. RUFE, J.**

---

[1] Petitioner has not made a substantial showing of the denial of a constitutional right; there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal quotation marks and citation omitted).